■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SANCHEZ, Appellant. [668 NYS2d 883] —Judgment, Supreme Court, New York County (Jay Gold, J.), rendered January 11, 1996, convicting defendant, after a jury trial, of

criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4\frac{1}{2}$ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). Credibility issues were properly placed before the trier of fact and we find no reason to disturb its findings. Concur—Rosenberger, J. P., Wallach, Williams and Tom, JJ.